IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID J. ORTIZ, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11 CV 9228 |
| | ) | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, | ) ) | |
| | ) | |
| Defendant. | ) | |

**BOARD DEFENDANT'S NOTICE OF REMOVAL**

Defendant, Board of Education of the City of Chicago ("Board") through counsel, respectfully removes the above entitled action to this court, pursuant to 28 U.S.C. 1441(b) and (c), on the following grounds:

1. Plaintiff filed his suit against Board Defendants in the Circuit Court of Cook County on October 31, 2011, case number 2011 L 011319, entitled *David J. Ortiz v. Board of Education of the City of Chicago.*

2. On November 21, 2011, the Board filed its appearances in this matter.

3. Plaintiff alleges in the Complaint that Board violated the American Disabilities Act.

4. The Board is entitled to remove this action to this Court, pursuant to 28 U.S.C. §1441(b) and (c). The Board has no objections to the removal and agrees to it.

5. It appears from the face of the Civil Action Cover Sheet filed with Plaintiff's Complaint that this action involves a federal question.

**WHEREFORE**, the Board respectfully requests that the above entitled action, now pending in the Circuit Court of Cook County in the State of Illinois, case number 11 L 011319, be removed to the United States District Court, Northern District of Illinois.

        Respectfully submitted,

        PATRICK J. ROCKS
        General Counsel

By:    s/Lisa D. Hugé

        Lisa D. Hugé
        Assistant General Counsel
        For Board Defendants
        125 South Clark Street, Suite 700
        Chicago, Illinois 60603
        (773) 553-1700