I David J Ostrowski ____ years in age and is now currently homeless and unemployed for over one year. I am currently staying with friends at their residence located at 5310 S. Artesian Ave. in Chicago Il. 2nd flr. apartment, zip code C0632. I am requesting the courts permission to file a suit against my previous employer, the Chicago Board of Education for a charge of wrongful discharge. Concerning the basic facts:

298

1) I have been employed with the Chicago Board of Education since Sept. 7th, 1993, working for Sawyer Elementary School.

2) Since being employed at Sawyer School for over 17 years, I have gained the respect of students, staff, and the parents of the school Community.

3) I have retained my work duties with a sense of professionalism.

4) I have sponsored two school clubs with pride; 1) Safety Patrol kids with over 70 student members, and 2) The Hidden History League with over 80 student members, teaching students about American History through the use of Metal Detectors.

5) Of the Seventeen years employed at Sawyer Elementary School I have never had a verbal or written reprimand.

6) I have been Diagnosed with Severe Major Depression, and have had it throughout my childhood and adult life.

7) I have suffered a strained Marriage for over Twenty Seven years with a spouse who has practiced Infidelity numerous times throughout our marriage.

8) On July 26 of 2008 I ended my marriage of Twenty Seven years due to the mental abuse and Infidelity which plagued my marriage

9) On Aug 9th 2008 Sawyer School Principal Ms. Nellie Robles was invited to my residence for a cook out / scavenger hunt for the Sawyer Safety Patrol girls, at which that time I made ms. Robles aware of the end of my marriage and also

informed her that I was depressed and that the end of my marriage and that I suffer from depression.

10) Since that time I have attempted suicide a total of three times with the last attempt occuring on or about march 15th of 2010 at school. A fellow school staff member prevented me from harming myself and convinced me to admit myself into the psychiatric ward. he (Tom O'Connell) informed School Principal Nellie Robles that I was attempting to take my life and that he was driving me to the hospital, at that point she was aware of the severity.

11) I was admitted into the hospital for twelve days and released, though the next following day after being released from the hospital, I consume a large amount of prescription medication at home attempting once again to take my life which sent me to the emergency room to have my stomach pumped and putting me back in the psychiatric ward for roughly another sixteen or so days. During the sixteen or so days, I was placed on large dosages of anti-depressants and mood stabilizers which produced an extreme adverse effect on me. The side effects from the combination of medications caused poor judgement, irrational behavior and a list of other side effects (document of side effect provided). On March 29th 2010 I was released from the hospital continuing to take the medication and dosages prescribed. In my mind at that time being treated with all my medications I felt as though I was not my normal self, almost in a trance like state.

12) During the time of my release from the hospital school was out for Easter break which left me six days to return to work. I was to return to work April 5th 2010, The day after Easter Apr 4th 2010. During the time of my release from the hospital March 29th, 2010. I was aware that I was acting abnormally, and acting very confused most of the time and not really understanding any of my actions.

13) On Sunday, April 4th (Easter), I had slipped back into a deeper depression due to the realization that I would be spending my second Easter holiday without my family. I continued taking my medication and at some point (I don't remember when) started drinking whatever alcohol I had in the house. I know better than to drink alcohol with any prescription medication, but I feel that while being on numerous differant meds, it clouded my thinking. I had gone to work the next day hung over and still taking my medication. When arriving to work I had brought with me from home a package of raw meat and a box of Mikes hard lemonade which contains alcohol, now of the seventeen years employed I have never brought alcohol to work and I do not know why I did that day nor do I remember doing so which I believe is the results from the side effects from my medication.

14) My employer (Mrs. Nellie Robles observed me entering the building of work and claims I was acting strangely with the odor of alcohol. I was sent home and placed on suspension

15) I had an appointment with my psychiatrist a few day after that event at work and I told my psychiatrist Dr. Rene Sanchez that I was concerned about my behavior since being placed on my medication which was 600mg. Lithium, 300mg. Welbutrin, 100mg Abilify, 50mg Zoloft. After Dr. Sanchez reviewed the medication that was prescribed to me, she immediately removed me from the 600mg. Lithium stating that it was too high a dosage for me, and also reduced the dosages of the remaining three medications.

16) It took me aproximately Three and one half weeks to be stabilized.

17) I was not allowed to return for over four months and by August 26, 2010 I was fired from my Job for being under the influence of substance and for bringing alcohol to work as stated by my employer Mrs. Nellie Robles,

18) Case note: If my employer is basing part of the reason for my termination of work based on bringing alcohol to work, then it must be pointed out in fairness that on Dec. 19th, 2009 Mrs Nellie Robles presented me at work during work hours a liquer gift for Christmas. At that time she was of sound mind and was aware of her actions, where as I was not the day that I returned to work after Easter holiday due to my over medicated state of mind

19) The Illinois Department of unemployment Security found in my favor and granted me unemployment benefits, stating that I did not act willfully or with intent in my actions and that I was prescribed medications that affected ... I doesn't